JOSEPH RISOLI, Respondent, v. HAROLD T. HUGHES and "JOHN DOE," Doing

Business under the Firm Name and Style of HUGHES & Co., the Name "John Doe" Being Fictitious, Defendants, and HAROLD T. HUGHES, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.